ROBERT F. WAGNER, PLAINTIFF-PETITIONER, v. BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES RETIREMENT SYSTEM, DEFENDANT-RESPONDENT.

See same case below: 87 *N. J. Super.* 498.

*Messrs. Meredith & Meredith* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Richard Newman* for the respondent.

July 1, 1965. Denied.